UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS COYNE,<br><br>Defendant. | Case No.  14-cv-01483-JSW   (EDL)<br><br>**ORDER ON REQUEST FOR TELEPHONIC APPEARANCE** |

This Court is in receipt of a request from Plaintiff to allow lead trial counsel Ms. Stargardter to appear at the January 29, 2015, settlement conference by telephone. Plaintiff states that they will be represented in person by counsel Mr. King. Defendant does not oppose the request. Good cause appearing, Plaintiff's request to allow Ms. Stargardter to appear at the January 29, 2015, settlement conference by telephone is GRANTED.

**IT IS SO ORDERED**.

Dated: January 23, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge