**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS COYNE,<br><br>    Defendant.<br>_____/<br>THOMAS COYNE,<br><br>    Counter-Claimant,<br><br>  v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Counter-Defendant.<br>_____/ | No. C 14-01483 JSW<br><br>**ORDER TO SHOW CAUSE RE ADMINISTRATIVE MOTION TO SEAL** |

On March 10, 2015, Plaintiff and Counter-Defendant American Alternative Insurance Corporation filed an administrative motion to seal a document designated confidential by Defendant and Counter-Claimant Thomas Coyne ("Coyne"). Coyne has not filed a declaration that establishes the document is sealable in the time period required by Northern District Civil Local Rule 79-5. Accordingly, the Court HEREBY ORDERS Coyne to show cause why the document should not be filed in the public record.

//

Coyne's response to this Order to Show Cause shall be due by April 2, 2015. If Coyne fails to file a declaration by that date, the Court shall deny the motion to seal and it shall direct the document be filed in the public record without further notice to Coyne.

**IT IS SO ORDERED.**

Dated: March 26, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE