IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN ALTERNATIVE INSURANCE CORPORATION,

    Plaintiff,

v.

THOMAS COYNE,

    Defendant.
_____/

THOMAS COYNE,

    Counter-Claimant,

v.

AMERICAN ALTERNATIVE INSURANCE CORPORATION,

    Counter-Defendant.
_____/

No. C 14-01483 JSW

**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**

On March 10, 2015, Plaintiff and Counter-Defendant American Alternative Insurance Corporation ("AAIC") filed an administrative motion to seal a document designated confidential by Defendant and Counter-Claimant Thomas Coyne ("Coyne"). On March 26, 2015, the Court issued an Order to Show Cause to Coyne, because he had not filed a declaration that established the document is sealable in the time period required by Northern District Civil Local Rule 79-5. Coyne's response to that Order to Show Cause was due on April 2, 2015, and the Court stated that if Coyne failed to file a declaration by that date, the Court would deny the motion to seal

and it would direct the document be filed in the public record without further notice to Coyne.

Coyne did not file a declaration on April 2, 2015. Accordingly, the Court DENIES the motion to seal, and AAIC shall file Exhibit 1 to the declaration of Gail Ann Stargardter in support of its reply in the public record.

**IT IS SO ORDERED.**

Dated: April 6, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2