**KORNBLUM · COCHRAN**
**KCEH**
**ERICKSON · HARBISON**

Kornblum-Cochran-Erickson-Harbison, LLP, A Partnership of Professional Corporations and an Individual

GUY O. KORNBLUM (SBN 39974)
KAITLYN JOHNSON (SBN 286738)
KORNBLUM, COCHRAN, ERICKSON
& HARBISON, LLP
1388 Sutter St., Suite 505
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile:  (415) 440-7898

Attorneys for Defendant and Counterclaimant
THOMAS COYNE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation, <br><br> Plaintiff <br><br> v. <br><br> THOMAS COYNE, an individual, <br><br> Defendant. <br><br>_____ <br> THOMAS COYNE, an individual, <br><br> Counterclaimant <br><br> v. <br><br> AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation, <br><br> Counter-Defendant. <br>_____ | Case No. 4:14-cv-01483-JSW <br><br> **[PROPOSED]** ORDER TO SET SCHEDULE AND PAGE LIMITS FOR THE PARTIES' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION |

---

[Proposed]  Order to Set Schedule and Page Limits for the Parties Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication
Case No. 4:14-cv-01483-JSW                                                                                                          1

# ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** the parties will file the Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication pursuant to the following:

1. AAIC's opening Motion for Summary Judgment/Summary Adjudication to be filed by July 1, 2015 (25 page limit);

2. Thomas Coyne's Combined Opposition and Cross-Motion for Summary Adjudication to be filed by July 17, 2015 (35 page limit);

3. AAIC's Combined Reply Brief and Opposition to Mr. Coyne's Cross-Motion to be filed by July 24, 2015 (25 page limit);

4. Mr. Coyne's Reply Brief re Cross-Motion to be filed by July 31, 2015 (15 page limit)

A hearing on the parties' Motion for Summary Judgment/Summary Adjudication is scheduled for August 28, 2015.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:  __May 27, 2015__                         _____
THE HONORABLE JEFFREY S. WHITE
District Judge, United States District Court

[Proposed] Order to Set Schedule and Page Limits for the Parties Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication
Case No. 4:14-cv-01483-JSW                                                                                                      2