IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS COYNE,<br><br>    Defendant.<br>_____/ | No. C 14-01483 JSW<br><br>**ORDER REGARDING EVIDENTIARY OBJECTIONS AND CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

    The parties' evidentiary objections and responses recently submitted in connection with the cross-motions for summary judgment do not comply with Northern District Local Rule 7-3(c), which requires that all evidentiary objections be contained within a party's brief. Without good cause for this failure to comply with the local rules, the Court shall strike the objections.

    Further, the hearing set for August 28, 2015 at 9:00 a.m. on the cross-motions for summary judgment is CONTINUED to October 9, 2015 at 9:00 a.m. to accommodate the Court's calendar and to allow the parties to comply with the local rules.

    **IT IS SO ORDERED.**

Dated: August 4, 2015

                                                   JEFFREY S. WHITE<br>
                                                 UNITED STATES DISTRICT JUDGE