IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS COYNE,<br><br>    Defendant.<br>_____/ | No. C 14-01483 JSW<br><br>**ORDER VACATING HEARING** |

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions for summary judgment and to strike which have been noticed for hearing on Friday, October 9, 2015 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: October 1, 2015

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE