IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, | No. C 14-01483 JSW |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THOMAS COYNE, | |
| Defendant. | |
| _____/ | |

Pursuant to the Court's Order granting Plaintiff American Alternative Insurance Corporation's motion for summary judgment and denying Defendant Thomas Coyne's cross-motion for partial summary judgment, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

Dated: March 1, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE